JOE FUDEMAN, Respondent, v. CELIA SHURR and Others, Defendants, and SOPHIE KAUFMAN, Appellant.— Action to foreclose a mortgage on real property. Order granting plaintiff's motion to strike out appellant's answer, and directing the entry of judgment in favor of plaintiff, affirmed, with ten dollars costs and

disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.